# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CEAIRA FUDZINSKI,

     Plaintiff,

v.                                 Case No: 8:24-cv-2172-WFJ-AAS

ISAAC ZITTING and PORTICADE
CONSTRUCTION, LLC,

     Defendants.

_____/

## O R D E R

     The Court has been advised by **the Notice of Settlement (Dkt. 25)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

     **DONE** and **ORDERED** in Tampa, Florida on May 27, 2025.

                         s/*William F. Jung*
                         **WILLIAM F. JUNG**
                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record